**NOW, et al., Plaintiffs,**

v.

**OPERATION RESCUE, et al.,
Defendants.**

**Civ. A. No. 89–2968–LFO.**

United States District Court,
District of Columbia.

Nov. 8, 1989.
Order Nov. 9, 1989.

John H. Schafer, Laurence J. Eisenstein, Pamela S. Passman, Richard H. Seamon, Covington & Burling, Sarah E. Burns, Washington, D.C., Alison Wetherfield,[*] NOW Legal Defense and Educ. Fund, New York City, for plaintiffs.

Jay Alan Sekulow,[**] James Matthew Henderson, Sr., Douglas W. Davis, Christian Advocates Serving Evangelism, Washington, D.C., for Operation Rescue, Project Rescue, The D.C. Project, Veterans Campaign for Life, Randall Terry, Clifford Gannett, Michael McMonagle, Michael Bray, and Jayne Bray.

MEMORANDUM

OBERDORFER, District Judge.

Plaintiffs, National Organization for Women, 51st State National Organization for Women, Maryland National Organization for Women, Virginia National Organization for Women, Planned Parenthood of Metropolitan Washington, National Abortion Federation, Commonwealth Women's Clinic, Capital Women's Center, Hillcrest Women's Surgi–Center, and Metropol-

[*] Admitted to practice before bar of State of New York and United States District Court for Southern District of New York.

[**] Admitted *Pro Hac Vice.*

itan Family Planning Institute move for a preliminary injunction enjoining defendants Operation Rescue, Project Rescue, The D.C. Project, Veterans Campaign for Life, Randall Terry, Patrick Mahoney, Clifford Gannett, Michael McMonagle, Michael Bray, and Jayne Bray from, among other things, physically impeding access to and egress from premises where plaintiffs render legal, but (to some) controversial, medical services and advice to women. Defendant Michael McMonagle has not been served. All other defendants have been served and have responded to the motion and appeared at a hearing through counsel, except defendant Patrick Mahoney who appeared *pro se*.

The complaint alleges five causes of action. Three of those are based on state law claims of trespass, tortious interference with business relationships, and public nuisance. The two federal causes of action allege a conspiracy under 42 U.S.C. § 1985(3) to deny the constitutional rights to travel and privacy of those women who seek services offered by plaintiffs.

A hearing on plaintiff's application was held on November 7 and 8, 1989. The following findings of fact and conclusions of law are made pursuant to Federal Rule of Civil Procedure 52(a).

FINDINGS OF FACT

1. Four of the plaintiffs render advice and medical service with respect to abortion and family planning. The Capitol Women's Center and the Hillcrest Women's Surgi–Center are located in the District of Columbia. The Metropolitan Family Planning Institute is located in Maryland. The Commonwealth Women's Clinic is located in Virginia. In addition, plaintiff Planned Parenthood provides medical services at sites in the Metropolitan Washington area—one located in the District of Columbia and the other located in Silver Spring, Maryland. *See* Complaint at ¶¶ 9, 11–14. A significant number of patients travel across state lines to obtain medical services at these sites. *See* Dickenson–Collins Aff. at 4; Codding Aff. at 3.

2. A pamphlet allegedly published, and not disavowed by defendant Veteran's Campaign for Life invites people to "Come to the nation's capital this Veteran's Day, November 10th and 11th, for the Veteran's Campaign For Life.... On the evening of the 10th, a prolife rally and training will be held to prepare as many as we can to rescue the unborn on the 11th at a local DC abortuary." The pamphlet further states that this activity is scheduled for the morning of November 11th. There is also in evidence a pamphlet containing a "Schedule of Events," which lists as the activity for November 17th and 18th at 7:30 a.m.: "Rescue those who are unjustly sentenced to death!" Plaintiffs' Exhibit D at 4 (Attachment A).

3. In a sworn affidavit, defendant Terry states that he has "participated in aborter blockades in the past." Terry further explains that "while the child-killing facility is blockaded, no one is permitted to enter past the rescuers.... Doctors, nurses, patients, staff, abortion-bound women, families of abortion-bound women—all are prevented from *entering* the aborter while the rescue is in progress." Terry Aff. at ¶ 6 (Attachment B).

4. Defendants' literature publicizing the upcoming protests contains no indication of which premises are to be targeted. Defendants' counsel and *pro se* defendant Mahoney have not been able to inform the court of any specific plans to blockade a particular premise, but conspicuously fail to traverse the allegations that there are such plans. In the past, defendants have not publicly revealed the premises that will be the target of their blockades. *See* Dickenson–Collins Suppl.Decl. at ¶ 2; Savarese Aff. at ¶ 3;

5. There is uncontradicted evidence that defendants Operation Rescue and Project Rescue have been the motivating force behind other blockades similar to those presently threatened. In a letter on Operation Rescue letterhead, defendant Terry explains "the growth of this movement":

On April 29th, the National Day of Rescue II, rescue groups in 46 cities participated in rescue missions. Also, prolifers in another 17 cities did not need to risk arrest because all of the killing centers

closed down for fear of the upcoming rescues. In all, 49 babies were confirmed saved with over 5,000 risking arrest; and 3,400 actually arrested.

Plaintiffs' Exhibit D at 7 (*see* Attachment A).

6. Patricia Ireland, the Executive Vice President of plaintiff NOW has attested that between 7:00 a.m. and 7:30 a.m. on April 29, 1989 hundreds of anti-abortion activists converged on the Metropolitan Family Planning Institute in College Park, Maryland and effectively blocked ingress and egress during the entire time that the clinic was scheduled to be open. Ms. Ireland alleges, without contradiction by defendants, that the "National Day of Rescue" was organized by Operation Rescue and that the "Day of Rescue" in the DC area was organized by Project Rescue and defendant Clifford Gannett. *See* Ireland Aff. at 1. *See also* Spears–Moore Aff. at ¶ 2 (explaining that persons associated with Operation Rescue have in the past blocked the entrance to the Hillcrest Women's Surgi–Center).

7. Decisions in other jurisdictions evidence the blockading by Operation Rescue of access to and egress from places performing lawful medical services. *See, e.g., Cousins v. Terry*, 721 F.Supp. 426 (N.D.N.Y.1989) (chronicling the efforts of Randall Terry and "Operation Rescue" to block access to premises in New York); *see also Town of West Hartford v. Operation Rescue*, 726 F.Supp. 371, 373–75 (D.Conn.1989); *Aradia Women's Health Center v. Operation Rescue*, No. C88–1539R, Order at 2 (W.D.Wash. January 10, 1989).

8. Plaintiffs' complaint alleges that defendant Terry is the National Director of defendant Operation Rescue and that he had been involved in organizing and coordinating activities planned by defendants for the Washington Metropolitan area. *See* Complaint at ¶ 19. Defendant Terry has neither refuted nor disaffirmed this allegation. *See* Terry Aff. at ¶ 7(c).

9. At the hearing on November 7, 1989, *pro se* defendant Mahoney stated that he is a paid consultant for Operation Rescue and that he has been in the Washington Metropolitan area for the past five weeks organizing and coordinating the D.C. Project. Defendant Mahoney specifically disavowed any intention to participate in blockades of plaintiffs' premises, but was unable to refute the evidence that there are such plans.

10. Plaintiffs' complaint alleges that defendant Gannett is a director of Project Rescue and is organizing and coordinating activities planned by defendants for the Washington Metropolitan area. *See* Complaint at ¶ 21. In addition, plaintiffs have submitted evidence indicating that defendant Gannett organized Operation Rescue activities in the Washington Metropolitan area on April 29, 1989, which activities resulted in the blockading and closing of at least one premises. *See* Ireland Aff. at ¶ 1. Defendant Gannett has not refuted or disaffirmed these allegations, *See also* Gannett Aff.

11. Plaintiffs' complaint alleges that defendant Michael Bray has organized and coordinated activities for Operation Rescue, and is organizing and coordinating activities planned by defendants for the Washington Metropolitan area. *See* Complaint at ¶ 23. Defendant Michael Bray, however, disputes these allegations. He has stated: "I have not been involved directly or indirectly in planning any of the actions complained of by Plaintiffs.... I have not distributed any literature, such as the exhibits which are part of Plaintiffs' Application for an Expedited Preliminary Injunction.... I do not plan, and have not made any commitment or representation, to participate in any of the training or rescue or penitential activities of either the Veterans Campaign for Life or the D.C. Project." *See* Michael Bray Aff. at ¶¶ 3–5.

12. Plaintiffs' complaint alleges that defendant Jayne Bray is organizing and coordinating activities planned by defendants for the Washington Metropolitan area, including meetings at the D.C. Armory on or around November 15–17, 1989. *See* Complaint at ¶ 24. Defendant Bray has neither

refuted nor disaffirmed these allegations, though she has stated: "I do not plan, and have not made any commitment or representation, to participate in any illegal activity of either the Veterans Campaign for Life or the D.C. Project." Jayne Bray Aff. at ¶ 3.

13. Defendant organizations have not provided any evidence to refute nor have they disaffirmed their alleged intention to interfere with provision of medical services by blocking access to and egress from the premises where plaintiffs render such services.

14. Affidavits submitted by plaintiffs and the testimony of the District of Columbia Metropolitan Police Department Inspector Louis Widawski establish that police response to past blockades has not prevented interruption of patient ingress and egress to and from premises where plaintiffs render medical services. *See* Ireland Aff. at ¶ 3; Dickenson–Collins Aff. at ¶ 3. Plaintiffs' representatives recently have met with representatives of the local police to discuss police response to the threatened blockades. The police have informed plaintiffs that "they cannot, despite their own meetings with 'Operation Rescue' leaders, determine where blockades will occur." Savarese Aff. at ¶ 3. The police have indicated to plaintiffs that even if they knew in advance which premises will be blockaded, they do not have sufficient personnel and resources to prevent protracted interruption of access to egress from such premises. *See* Ireland Aff. at ¶ 4; Savarese Aff. at ¶ 2–4; Dickenson–Collins Suppl. Decl. at ¶ 2.

15. For the past eight years, Inspector Widawski had been in charge of coordinating police response to special demonstrations. In that capacity he became familiar with the blockading tactics used by Operation Rescue. Widawski testified that Operation Rescue had in the past refused to inform the police which clinics were to be targeted and at times attempted actively to mislead the police as to the intended targets. Widawski also testified that participants in past Operation Rescue blockades have prevented access to or egress from the targeted premises by locking arms and forming a human barrier. According to Inspector Widawski, protestors would breach police barricades despite the use of such non-violent methods as saw horses, tape, metal barricades, and human chains of police officers. Widawski also testified that, although the Metropolitan Police Department had the resources to arrest large numbers of people, such arrests could take several hours, primarily because Operation Rescue protestors usually did not cooperate with the police and had to be carried to a police transport vehicle by two or more officers. Widawski's opinion was that neither arrest nor the threat of arrest and conviction deterred Operation Rescue blockades.

16. Inspector Widawski also testified that Operation Rescue succeeded in blocking access to and egress from a clinic in the District of Columbia on or about April 29, 1989. On that day, it took the police approximately four hours to arrest and remove all of the people who were blocking access to the clinic.

17. Assistant United States Attorney Michael Martinez appeared at the hearing on November 7, 1989 on behalf of the United States pursuant to the Court's request that the United States Attorney familiarize himself with this case and its law enforcement implications. In response to the court's questioning, Mr. Martinez represented that the United States was not in any position at this time to participate as either an intervenor or an *amicus curiae.* Mr. Martinez also informed the Court that he was not aware of any federal police activity with respect to the threatened blockades and that he did not know whether the federal police had been contacted. *See* Transcript of Preliminary Injunction Hearing, November 7, 1989.

18. Defendants have obtained two public gathering permits from the National Park Service. A permit issued to the "Veterans Campaign for Life" authorizes a prayer vigil near the Vietnam Veterans Memorial from 12:00 p.m. to 2:00 p.m. on November 10, 1989. A permit issued to "The DC Project (Operation Rescue)" au-

thorizes a prayer gathering near the Lincoln Memorial from 12:00 p.m. to 1:30 p.m. on November 16, 1989. Neither permit is subject to any conditions that would restrain defendants from blockading plaintiffs' premises.

CONCLUSIONS OF LAW

■ 1. Plaintiffs have alleged that defendants have conspired in violation of 42 U.S.C. § 1985(3) to deny the constitutional rights to travel and privacy of women who seek the services of plaintiffs and the correlative right of plaintiffs to render those services. Plaintiffs' claim raises important and somewhat unsettled questions of federal law. *Compare New York State NOW v. Operation Rescue*, 886 F.2d 1339, 1357–61 (2d Cir.1989) *with Roe v. Abortion Abolition Soc'y*, 811 F.2d 931, 933–37 (5th Cir. 1987) *and Mississippi Women's Medical Clinic v. McMillan*, 866 F.2d 788, 791–95 (5th Cir.1987). Plaintiffs' federal claims are not "so insubstantial, implausible, foreclosed by prior decisions ... or otherwise completely devoid of merit as not to involve a federal controversy within the jurisdiction of the District Court." *Oneida Indian Nation v. County of Oneida*, 414 U.S. 661, 666–67, 94 S.Ct. 772, 776–77, 39 L.Ed.2d 73 (1974).

■ 2. Because the federal claims are not insubstantial and because plaintiffs' federal and state claims are such that they would ordinarily be tried in one judicial proceeding, the state claims are cognizable in federal court. *See United Mine Workers v. Gibbs*, 383 U.S. 715, 725, 86 S.Ct. 1130, 1138, 16 L.Ed.2d 218 (1966). The decision whether to retain the matter, however, is within the discretion of the court, and is based on considerations of "judicial economy, convenience and fairness to litigants." *Id.* at 726 n. 15, 86 S.Ct. at 1139 n. 15. If it is ultimately determined that plaintiffs have standing to pursue their constitutional claims, the proceeding on the merits of the federal and state law claims will require development and consideration of identical facts and closely related legal issues. It is likely, though not yet certain, that plaintiffs' constitutional claims will lie. However, the preliminary relief sought by plaintiffs can be afforded on the basis of the state claims without reliance upon the constitutional ones.

■ 3. Plaintiffs have standing to sue to protect premises at which they render medical service and advice to patients against threatened blockade and trespass.

4. The plaintiffs are likely to succeed on their claim that defendants Operation Rescue, Project Rescue, The D.C. Project, Veterans Campaign for Life, Randall Terry, Patrick Mahoney, Clifford Gannett, Jayne Bray, and persons acting in concert with them have in the past blockaded access to and egress from premises operated by defendants and realistically threaten to do so again on and after November 11, 1989, in the Washington Metropolitan area, including the District of Columbia.

■ 5. Such blockading of plaintiffs' premises would violate District of Columbia laws proscribing trespassing (D.C.Code § 22–3102) and public nuisances (*see B & W Management Inc. v. Tasea Investment Co.*, 451 A.2d 879, 881–82 (D.C.App.1982)), as well as tortiously interfere with plaintiffs' professional and business relations. *See Alfred A. Altimont, Inc. v. Chatelain, Samperton & Nolan*, 374 A.2d 284, 288 (D.C.App.1977).

6. Federal law enforcement authorities have indicated that they are not now available to participate in any effort to maintain access to and egress from plaintiffs' facilities. The Metropolitan Police Department of the District of Columbia has the intention and capability to enforce local law at the site of any blockade, but has not in the past prevented, and does not now expect to be able to prevent, defendants from blockading the premises of one or more plaintiffs for several hours.

7. Such blockading for several hours or more would cause irreparable injury to plaintiffs' professional and business activity and to patients for whom they have a professional and fiduciary responsibility.

■ 8. Such blockading is not speech protected by the First Amendment.

9. Intervenors New Summit Medical Center, Washington Surgi Clinic, and Washington Hospital Center have an immediate legal interest in these proceedings.

■ An accompanying Order will grant the motion to intervene and will enjoin certain of the defendants from blockading access to and egress from specified premises occupied by certain plaintiffs and intervenors.

## PRELIMINARY INJUNCTION

For the reasons stated in the accompanying Memorandum of Findings of Fact and Conclusions of Law, it is this 8th day of November, 1989, hereby

ORDERED: that the motions of New Summit Medical Center, Washington Surgi Clinic, and Washington Hospital Center for leave to intervene are granted; and it is further

ORDERED, ADJUDGED, and DECREED: that defendants Operation Rescue, Project Rescue, The D.C. Project, Veterans Campaign for Life, Randall Terry, Patrick Mahoney, Clifford Gannett, Jayne Bray, and persons acting in concert with them are enjoined and restrained from in any manner, or by any means, trespassing on, blockading, impeding or obstructing access to or egress from the following premises: Capitol Women's Center, 1339 22nd Street, N.W., Washington, D.C., Hillcrest Women's Surgi–Center, 7603 Georgia Avenue, N.W., Washington, D.C., Planned Parenthood Clinic, 1701 Q Street, N.W., Washington, D.C., New Summit Medical Center, 2112 F Street, N.W., Washington, D.C., Washington Surgi Clinic, 1018 22nd Street, N.W., Washington, D.C., Washington Hospital Center, 110 Irving Street, N.W., Washington, D.C.; and it is further

ORDERED: that defendants Operation Rescue, Project Rescue, The D.C. Project, Veterans Campaign for Life, Randall Terry, Patrick Mahoney, Clifford Gannett, Jayne Bray, and persons acting in concert with them are enjoined and restrained from inducing, encouraging, or directing others in any manner, or by any means, to trespass on, blockade, impede or obstruct ingress or egress from such premises; and it is further

ORDERED: that no security need be posted as a condition of this Preliminary Injunction; and it is further

DECLARED: that this ORDER is in aid, and not in derogation, of the authority and responsibility of the United States, the District of Columbia, and their respective law enforcement agencies with respect to enforcement of relevant federal and local laws.

## ORDER

The terms of the Court's Preliminary Injunction issued November 8, 1989 in this cause are hereby extended to include the following premises: Hillcrest Women's Surgi–Center, 3233 Pennsylvania Avenue, S.E., Washington, D.C.; Planned Parenthood of Metropolitan Washington, D.C., Inc., 1108 16th Street, N.W., Washington, D.C., Planned Parenthood of Metropolitan Washington, D.C., Inc., 2811 Pennsylvania Avenue, S.E., Washington, D.C.

ATTACHMENT A

[   ] **YES!** Count me in on the DC PROJECT!

[   ] Here is my gift of $\_\_\_\_\_.\_\_\_ to help fund the Project.

NAME _____

ADDRESS _____

CITY, STATE, ZIP _____

PHONE _____

Please mail the completed registration form to: **The DC Project, P.O. Box 1180, Binghamton, NY 13902.** An information packet will be sent to you.

THE **DC** PROJECT

PO BOX 1180
BINGHAMTON, NY 13902

★ Roe vs. Wade is crumbling. What can you do to hasten the end of legalized child-killing?

★ Pro-lifers are being brutalized nationwide. How can you help protect them?

★ Planned Parenthood is ravaging the minds of our youth. What can you do to stop them?

★ The 1990 elections will be among the most important in history. How can you effect their outcome?

★ The DC Project. Practical training to impact our nations future for Christ. Hosted by Operation Rescue.

We as a Church and as a nation are in great need of repentance

In response to this great need, during November 15th through 18th of 1989 national Christian leaders and thousands of ProLife activists will be gathering in Washington DC for three days centered upon A Call to Repentance and Reformation. This is the DC Project.

Those of us in Church leadership must repent for our part in allowing the slaughter of innocent children to continue nearly unabated in our nation for sixteen years. We have failed to properly lead by example and to train our flocks to be "the salt of the earth" as Jesus instructed

## Schedule of Events:

**November 15th**
5:30-6:30PM Registration at the DC Armory
7:00PM Evening Rally with Randall Terry (Rallies will include inspirational singing, powerful sharing from nationally known pro-life leaders and politicians) At the DC Armory

**November 16th**
7:30-8:30AM Registration
8:30AM Praise and Worship
9:00-11:30AM Teaching Seminars
11:30-1:30PM Lunch
12:30PM Gathering of Hundreds of Clergy to read a "Proclamation of Life" calling our nation to a Time of Repentance and Reformation At the Lincoln Memorial
1:30-4:30PM Teaching Seminars
5:30-6:30PM Registration
7:00PM Evening Rally with Randall Terry

**November 17th**
7:00AM Gather at the steps of the Supreme Court for prayer
7:30AM "Rescue those who are unjustly sentenced to death!"
7:00PM Evening Rally with Randall Terry At the DC Armory

**November 18th**
7:00AM Gather at the steps of the Capitol for prayer
7:30AM "Rescue those who are unjustly sentenced to death!"
7:00PM Evening Rally of Praise and Celebration

The DC Project is not just another conference to attend. If you are looking for a series of meetings to be excited and entertained by, this event is simply not for you! The DC Project is rather a prophetic call from the heart of God to gather His people together in the nation's capitol for a season of repentance and action. The Holy Spirit is challenging each of us to leave behind the safe moorings of our "casual Christianity" and move on to total surrender to the Lord. REGARDLESS OF THE COST. The DC Project is a first small step in seeing our nation turn its face back to God.

Some of the most well known and anointed speakers in the country will be there to speak on topics ranging from "Defunding Planned Parenthood" to "Reforming Your Local Government". The speakers are men and women of God who through their consecrated lifestyle have earned the right to be heard. The DC Project hopes to impart a vision in your heart that you can bring back to your local community. That vision is one of Reforming our government and Reviving our Churches.

The final two days will involve taking the training we have received and making it come alive "in the streets". On Friday, thousands will gather at the steps of the Supreme Court to pray for TRUE justice. Then we will put justice in action by "rescuing those who are unjustly sentenced to death". Saturday we will come together at the Capital Building to pray that our legislators will stand for the truth and will enact laws that will safeguard the rights of all Americans. Then we will stand for the truth by protecting children from being killed.

The DC Project is about Repentance and Reformation. It is about practical training to impact our nations future. It is about rescuing our nation's children. It's about time for all of us to get involved.

What can be done to stop our nation's political and economic decline? Such decline is obvious to even the most casual observer. How should we, as veterans, respond to the need for spiritual awakening?

_____ is a broad-based coalition of veteran's from all walks of life and a variety of religious backgrounds which is committed to fostering national renewal.

Repentance is the foundation of the Campaign — there will be no spiritual awakening without recognition and acknowledgement of how far we have fallen away from our Judeo-Christian heritage.

Official corruption, racism, immoral and disastrous fiscal policies, rampant drug abuse, the destruction of the family, acceptance and approval of homosexuality, and finally,

mother's wombs have made us offensive as a nation to the Creator our founding fathers acknowledged as the Source of all our liberties.

"All that is necessary for evil to triumph is for good men to do nothing."
Sir Edmund Burke

Judging from the recent successes of those who promote the evils we are currently afflicted with, a lot of us "good men" have been doing nothing. Principled activism must result from our repentance. We must do all that we can to halt our greatest national sin — the slaughter of the unborn and then begin to address our other pressing national problems.

A commitment to reformation will confirm our repentance, halting and perhaps even reversing the deterioration into national disaster predicted by Gen. MacArthur.

The Veteran's Campaign For Life will:
★ Endorse and promote participation in peaceful, non-violent rescue missions to save unborn children from death and their mothers from exploitation.
★ Work diligently to defund organizations like Planned Parenthood which are destroying our nation.
★ Help to recruit and train thousands of grass-roots political activists who will work to elect officials in the 1990 elections who will return our nation to moral sanity.
★ Promote respect for our flag and a sane defined defense policy in the face of worldwide totalitarian aggression.

Come to the nation's capitol this Veteran's Day, November 10th and 11th, for the Veteran's Campaign For Life. Nov. 10th, a

memorial service on the Mall will be held to honor our war dead and mourn the aborted children. We will renew our oath to defend the Constitution from all enemies foreign and domestic. We will call ourselves and the nation to repentance. The evening of the 10th, a pro-life rally and training will be held to prepare as many as we can to rescue the unborn on the 11th at a local DC abortuary.

Please recruit other veterans for this Campaign, we may never have so great an opportunity to serve our country again.

The God of heaven and earth has activated His draft. He waits your response.

CAMPAIGN FOR LIFE

REPENTANCE & REFORMATION

It's time to get involved!

In these troubled times, we must ask ourselves a few crucial questions.

• Given our nation's rapid decline into moral anarchy, where is America likely to be in ten to twenty years?
• Where do you believe America should be in ten to twenty years?
• How hard are you willing to work and to pray over the next ten to twenty years to ensure that your vision becomes a reality?

Our nation is surely in a deep crisis.

• Over twenty-five million innocent children have been slaughtered in the past sixteen years. Although the Webster decision has begun to dismantle Roe vs. Wade, 4,500 unborn children will continue to be unjustly murdered daily.
• The prodeath leadership is now applauding China's "birth control" program, of which a key element is forced abortion. Many of these leaders believe that such a program should be implemented in the United States.
• Our nations "health" research institutions have entered into the goulish practice of harvesting fetal body parts and experimenting upon babies who, at least temporarily, have survived an abortion. A columnist in The Boston Globe has described these practices as greatly beneficial.

These facts indicate how we as a nation have fallen into a state of moral insanity. This decline into such moral decadence is by far the Church's fault. We are guilty because we have failed to act as Jesus commanded to be "salt of the earth" and to "disciple" our nation.

We as a Church and as a nation are in great need of repentance.

In response to this great need, during November 15th through 18th of 1989, national Christian leaders and thousands of ProLife activists will be gathering in Washington DC for three days centered upon A Call to Repentance and Reformation. This is the DC Project.

The DC Project is foremost a call to *the Church leadership and to each Christian* to repent for their failure to act in response to the abortion holocaust.

Those of us in Church leadership must repent for our part in allowing the slaughter of innocent children to continue nearly unabated in our nation for sixteen years. We have failed to properly lead by example and to train our flocks to be "the salt of the earth" as Jesus instructed.

The Church therefore has fallen short. It has not discipled our nation. It has for the most part sat idly by as nearly 4,500 innocent children each day have been murdered. Their blood is upon each one of our hands. We are all guilty; and we must all repent.

The DC Project is also a call to *our nation* to repent for sanctioning and even publicly financing the abortion holocaust. Our nation is in dire need of repentance. God cannot for much longer ignore the innocent blood which is even now calling out for judgement. America must fall to her knees and repent of this horrid national sin.

## A Call to Reformation

Our nation's public and private institutions are in great moral decay. We, as Christians, have an obligation before God to be "the salt of the earth" and to labor to reform these institutions and to return our nation to moral sanity. Most Christians, however, lack the necessary training to even begin this awesome task.

The DC Project's second primary focus will therefore be upon such practical training. Christians must be trained in the tools necessary to labor effectively.

There will be three primary areas of concern: local and state politics, the defunding of Planned Parenthood, and the restoration of government accountability.

• Laboring in Local and State Politics

Roe vs Wade will eventually be overturned; but its reversal will not mark the end of the battle for life; it will merely mark the beginning of fifty state battles

lobbying efforts in the state legislatures to gain uncompromised prolife legislation; there must be grass-roots political efforts *at even the precinct level* to elect prolife legislators.

There will be much hard work remaining to be accomplished. Now is the time to be trained to carry on this next stage in our struggle for life.

• Defunding Planned Parenthood/Stopping School-Based Sex Clinics

Planned Parenthood is our nation's most insidious enemy of unborn children and the family. It is our country's biggest childkiller. It is imperative that there be a well-planned and concerted effort to expose and defund these enemies of life. Now is the time to mount such an attack. God has brought thousands of committed believers into the Rescue Movement. We must be trained to be an effective part of this godly effort.

School-based sex clinics are now being planned and implemented all over the nation. We must work to defund these as well and to expose their hidden agenda to corrupt America's youth.

• Restoring Government Accountability

These days of training will also equip Christians to once again hold public institutions accountable to "we the people."

At present rescuers are being physically and sexually abused by police and correction's officers; they are receiving incredibly unfair treatment by district attorneys and unjust sentences and fines from judges. The system is simply attempting to crush the rescuers and the Rescue Movement.

We are in a desperate hour when government officials sense little or no accountability to their constituents These abuses, although frightening, do however provide a providential opportunity for us to teach rescuers and rescue supporters specifically how to hold their public officials accountable in every area of political action.

The DC Project will be instrumental in returning our government to one "of the people, by the people, and

# OPERATION RESCUE
"Rescue Those Who Are Unjustly Sentenced To Death ..."  Proverbs 24:11

---

May 25, 1989

Greetings in the Name of Jesus.

Since the last letter I wrote you from the Los Angeles County Jail an incredible amount of events have transpired. On April 29th, the National Day of Rescue II, rescue groups in 46 cities participated in rescue missions. Also, prolifers in another 17 cities did not need to risk arrest because all of the killing centers closed down for fear of the upcoming rescues. In all, 49 babies were confirmed saved with over 5,000 risking arrest; and 3,400 actually arrested. We thank God for the growth of this movement and its vision to call Christians to repentance and to rescue children from murder.

But I'm writing to you now for two reasons:

1  - to announce to you the upcoming events in November of this year and,

2  - to inform you of the crises facing rescuers in several cities, including *broken bones, sexual molestation and tyrannical jail sentences.*

I am very excited to announce to you "The DC Project - A Call to Repentance and Reformation." The dates are November 16 - 18 in Washington, DC. On Thursday, November 16th, we plan a day of seminars and inspirational teaching to further equip and strengthen local leaders, and return to their communities and have an impact there. We are aiming for 1,000 pastors, prolife leaders and community leaders to come in this event.

On Friday and Saturday we will put some of our preaching into practice and intervene to save babies scheduled to die in the Washington, DC area. We are praying for the DC Project to have an impact on the nation as we send a very clear signal to the Supreme Court, to Congress and to the administration: *we will not give up, child killing will be stopped no matter what.* We will call upon fellow God-fearing Americans to repent of their apathy and lethargy and take the steps necessary toward the reformation of our culture.

We want to make very clear that all pastors, prolife leaders, political activists and all prolifers are welcome to attend this meeting.

The DC Project will *not only* be focused on rescue, but also on ways that prolifers can be involved in protecting rescuers, de-funding Planned Parenthood, stopping local school-based sex clinics and affecting the 1990 elections on a county and state level. We need to have prolife legislators in more states when Roe v. Wade is overturned. In short, every believer who possibly can should attend this conference in order to receive fresh vision, strength, insight and tools to bring an end to child-killing, and to bring about the reformation of our culture.

I must tell you that ever since we committed to this project about four weeks ago, we have had more difficulty and attack from the enemy than we have had in a long, long time. I am sure he knows that if we can continue to mobilize God's leaders and God's people with a call to

---

repentance-birthed activism, much of the turf he has won in the past 30 years will be wrenched away from him. I'm sure you'll be just as glad as me to wrench it from him.

And so, I am pleading with you to pray for us.

• Pray that we will be protected from the onslaught of the enemy in our families, in the ministry, and that the enemy would not be allowed to sow division either among prolifers in general, or the rescue movement in particular.

• Pray that God's wisdom and guidance will be with us as we seek to recruit 1,000 pastors and prolife leaders.

• Pray that literally thousands of people will come to our nation's Capital as a testimony before God and men that He still has a people who will stand for what is right no matter what the Supreme Court, Planned Parenthood, NOW, or anybody else orders.

In short, pray that we will be protected from all evil and strengthened to do all that is right before the Lord to make this project a success in His sight. We will be producing literature for the DC Project very shortly. Please contact us if you want to order bulk quantities to begin recruiting.

The second reason I am writing you is to alert you to some "hot spots" around the country where rescuers' rights are being trampled upon by court systems, D.A.s, police, prison systems, etc. We desperately need your prayers and action.

### San Diego, CA

Rescuers on May 5th blocked the doors of a local killing center. The police used "numb-chucks" to wrap around people's arms in order to inflict incredible pain on them (if you're unfamiliar with numb-chucks, just ask someone who's street-wise). Two people had their arms broken. One man blacked out after his head was smashed into the police car door by the police officers. He vomited, and at one point it was feared he would actually drown in his own vomit. Thank God he did not.

### Santa Cruz, CA

Police were excessively rough on non-violent rescuers, and rescuer Beth Daily suffered a double-break in her wrist for her attempts to save children from death. Over 30 rescuers were arrested with two babies confirmed saved.

### Pittsburgh, PA

The local authorities are covering up the sexual molestation that occurred on March 11th in the Pittsburgh County prison system. To add to the injustice, on May 13th, 83 rescuers blocked the doors of a local killing center in Pittsburgh at which point the police became excessively brutal on the rescuers. Rev. Keith Tucci, one of the leaders in the Pittsburgh area, was repeatedly kicked in the stomach, groin and head by several police officers. He had to be hospitalized because of his injuries. He is out of the hospital now, but has still not fully recuperated from the abuse he endured.

On May 16th, a lawyer filed a lawsuit against the city of Pittsburgh for the abuse that the women received. At this point Congressman Robert Dornan (Republican, CA) is planning on taking statements from the women who were molested in order to enlist the help of United States Attorney General Thornburgh for the prosecution of these criminals, since the local authorities will not bring justice.

2

On June 10, there will be a Rally / March in Market Square at 9:00 a.m. Keynote speakers will be Atlanta City Councilman Hosea Williams (former civil rights leader and colleague of Martin Luther King) and Reverend Pat Mahoney, Exec. Director of the Center for Christian Activism in Boca Raton, FL. Parking available at Bonds Parking on 6th St. Rev. Keith Tucci encourages all prolife Christians within 50 miles of Pittsburgh to come out for this event. For more information, please call 412-242-4964.

---

CONTACT:  PA Attorney General Earnest Preate (he is prolife),Strawberry Square,Harrisburg, PA, (717) 787-3391
Mayor Sophie Masloff, 512 City-County Building, Pittsburgh, PA, 15219, (412) 255-2626

---

## Seattle, WA

On April 10, fifty rescuers were tried for a rescue mission they did on November 12th, 1988 and were found guilty. At sentencing, Judge Joel Rindal asked the first rescuer, Penny Ackerett, if she would promise to not rescue for two years. She said she could not make such a commitment, so he sentenced her to one year in jail, and a $5,000 fine! The next man up also refused to surrender his conscience, and the judge sentenced him likewise.

At that point (for whatever reason) the judge postponed sentencing until June 23, and did not yet jail any rescuers. We must write and call him immediately. He must know that he cannot practice judicial tyranny without an uproar from the Christian community. Please know that this type of uproar has resulted in judges acting more reasonably in other cases. Judges are supposed to dispense justice, not trample on people's lives. At least 43 of the 50 rescuers are ready to join Ackerett in jail. Many others are considering. We must try to prevent this from happening.

---

CONTACT:  Judge Joel Rindal, 585 112th St. SE, Bellevue, WA 98004, (206) 296-3650
Mayor Nan Campbell, PO Box 90012, Bellevue, WA 98009, (206) 455-7810

---

## Atlanta, GA

We have been trying to work out an acceptable deal with the officials in Atlanta, in order to resolve the cases from last summer. Unfortunately, the Assistant Solicitor (D.A.) Lee O'Brien is playing hardball. He wants to *banish* all out-of-towners from the five county area (which includes Atlanta) for two years, and wants to banish local residents from within one hundred feet of an abortuary in Atlanta.

In other words, this is like Russia. "Comrade Smith, you are banished from Moscow for two years!" This is outrageous! Equally outrageous is the trashing of local residents' constitutional rights, denying them their right to even picket in front of a killing center. Please call the solicitors' office, politely expressing your outrage. We would *gladly* work out a deal if they would drop the banishment.

---

CONTACT:  Mayor Andrew Young, 68 Mitchell St. SW 200, City Hall, Atlanta, GA, 30335, (404) 330-6100
Solicitor (DA) Lee O'Brien, 160 Pryor St. SW, Atlanta, GA, 30335, (404) 730-4800
Judge Nick Lambros (404) 730-4110    Judge Vaughn (404) 730-4345

---

Beloved, may God open our eyes! We have got to see what is at stake! The liberties we take for granted, and that we hope our children will enjoy, are being steadily crushed beneath an oppressive heal. Many police, judges, prison guards and D.A.s have moved from being neutral participants in this struggle to ardent, aggressive defenders of child-killers. If they can break our

3

back, our will, our solidarity, we will never secure justice for the children and our country will be lost. America will continue its slide into moral anarchy, and God Himself will destroy us, in part, for the blood that cries from the ground for vengeance. But if we stand against this tyranny, I believe we can turn our country around.

**Please pray for us. Pray for the rescue movement. Pray for justice.**

And then <u>work</u> for justice. Call and write the officials we've mentioned. Please stand with the rescuers. The Scripture says, "Remember your brothers and sisters in prison, as if a prisoner with them." (Hebrews 13:3) Many of us are facing jail time. Many *are* in jail. We must not leave rescuers hanging, but raise our voices for what is right and true. Remember, **we have a constitutional right for redress of grievances. Contacting these officials is perfectly legal.** Please stand with those who are risking their freedom and their safety to stand for the children.

So, write a letter. Call directly. Call collect. Call person to person. Call person to person collect, but please call and write! And remember to be firm yet polite.

**EXCITING NEWS!**

On May 29th we launch a five minute daily radio show, "The Operation Rescue News Update", which will help us to leapfrog the secular media blackout. Contact your local radio station to see if they are carrying it. If not, write us with the call letters and station manager's name, or have him contact us.

Finally, please help us financially in whatever way you can. Summers are traditionally difficult times financially. We have a lot of work to do to prepare for the DC Project, and we need your help. Let me put it this way, we barely made payroll this week (but God be praised, we made it!) Give as the Lord leads, knowing that your gift, whatever the size, truly makes a difference.

Your fellow soldier in the battle,

*Randall A. Terry*

Randall A. Terry
Founder

PS: Perhaps you have not yet obtained your copy of the Operation Rescue video. It is having a tremendous impact on the lives of thousands of individuals, churches and the prolife movement! The suggested price is $40 (NY State residents add 7% sales tax). As always, you can give more or less based upon your ability. Simply request the video with your gift. Gifts are not tax deductible.

---

4

---

ATTACHMENT B

AFFIDAVIT OF RANDALL A. TERRY

I, RANDALL A. TERRY, being first duly sworn state

1. I am a defendant in the above-captioned matter.

2. I am resident of Binghampton, New York, although I currently reside in the Fulton County Correctional and Rehabilitation Facility, Fulton County, Georgia.

3. Nothing could be further from the truth than a claim that I act with an invidiously discriminatory animus toward women, generally, or toward abortion-bound women, particularly. Jesus did not condemn the woman at the well. As a follow-

er of Jesus Christ, I do not have the luxury of condemning others who share my common human frailties.

4. My abortion-related protest activities have nothing to do with hatred for any woman or a desire to treat any woman or grouping of woman in a discriminatory fashion. Rather, rescue is a form of repentance for my personal failures that led to abortion on demand in this country, and that permit abortion on demand to continue in this country.

5. The common name for the religiously motivated social movement about which Plaintiffs are complaining, Rescue, is taken from the Holy Bible, the Book of Proverbs 24:11–12, wherein the Lord God commands us to rescue those who are being dragged to their death.

6. When I have participated in abortuary blockades in the past, I have never acted in a way fairly described as discriminatory toward women or abortion-bound women. Instead, while the child-killing facility is blockaded, no one is permitted to enter past the rescuers. Neither women nor men. Doctors, nurses, patients, staff, abortion-bound women, families of abortion-bound women—all are prevented from *entering* the abortuary while the rescue is in progress. This approach may be many things but it is not discriminatory in any respect complained of by the businessmen-abortionists and the other Plaintiffs in this case.

7. Because I have been accused of acting in an invidiously discriminatory fashion toward women, generally, and toward abortion-bound women, in particular, I believe the Court should be apprised of the truth testified to by my life:

a. I am married and a father of daughters; I love these very important women in my life and have never been accused of treating them in an invidiously discriminatory fashion;

b. Together with my wife, I founded and ran The Crisis Pregnancy Center, in Binghampton, New York. When it became necessary to turn management of that charitable endeavor over to another, I was responsible for placing the Center's management in the hands of a woman, who was the best person for the task. Neither in running that Center, or in the process of turning control over to another, have I been accused of acting in an invidiously discriminatory manner toward women or abortion-bound women.

c. Operation Rescue, of Binghampton, New York, employs several women, including in the key position of press secretary. I was responsible for the hiring for these positions. In my personnel relationships at Operation Rescue, I have never been accused of acting in an invidiously discriminatory manner toward women or abortion-bound women.

d. In the Church of which I am member, I am an elder and their are presently women deacons. In my church relationships, I have never been accused of acting in an invidiously discriminatory manner toward women or abortion-bound women.

8. My commitment to helping abortion-bound women and my concern for them has taken many forms. I helped to organize a system of shepherding homes where unwed mothers could live when turned out of their family homes. I have transported women to the medical appointments. I even took one girl who changed her mind about aborting her baby to the hospital for her delivery, and I stayed by her side until it was time for her cesarean delivery. I have spent hours upon hours counseling pregnant women, even at home during times I should have spent with my family.

FURTHER YOUR AFFIANT SAYETH NOT.

/s/ Randall A. Terry
    Randall A. Terry

STATE OF GEORGIA
FULTON COUNTY

Personally appeared before me and being first duly sworn Randall A. Terry subscribed the foregoing affidavit on this the 5th day of November, 1989.

[Signature]
NOTARY PUBLIC
My commission expires:
Notary Public, Cobb County, Georgia
My Commission Expires Jan. 26, 1991